**FINAL LIST OF PROPOSED EXHIBITS (7/31/2023)**

CASE NO. 22-cr-00187-WJM    PLAINTIFF'S LIST: ☒    DEFENDANT'S LIST: ☐    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION:    United States vs. Shambrica Washington    DATE: August 7, 2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | self auth. | Colorado Secretary of State records for Tiny Toes and Tiaras | | | | | | | |
| 2 | self auth. | Colorado Secretary of State records for Truelove's Daughters | | | | | | | |
| 3 | Brown | SBA records for Tiny Toes and Tiaras, Truelove's Daughter, and Shambrica Washington | | | | | | | |
| 4 | Brown | Intake Application #3300894468 for Tiny Toes and Tiaras, dated 3/31/2020 | | | | | | | |
| 5 | Brown | SBA Notes dated 3/31/2020 through 7/15/2021 | | | | | | | |
| 6 | Brown | SBA Notes dated 4/22/2021 through 7/14/2021 | | | | | | | |
| 7 | Brown | Credit report obtained by SBA | | | | | | | |
| 8 | Brown | Decision letter (declined), dated 4/20/2020 | | | | | | | |
| 9 | Brown | Letter from Shambrica Washington, dated 6/3/2020 | | | | | | | |
| 10 | Brown | Attachments to 6/2/2020 letter (personal income tax return & SBA Disaster Business Loan Application) | | | | | | | |
| 11 | Brown | SBA Rapid (Finance) Decision, funded on 7/16/2020 | | | | | | | |
| 12 | Brown | Executed Loan Authorization and Agreement for application #3300894468, signed 7/16/2020 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Brown | Note for application #3300894468, dated 7/16/2020 | | | | | | | |
| 14 | Brown | Security Agreement for application #3300894468, dated 7/16/2020 | | | | | | | |
| 15 | Brown | DocuSign tracking record for 7/16/2020 | | | | | | | |
| 16 | Zimmer | Dept. of Treasury Bureau of Fiscal Service record of $3000.00 payment on 6/16/2020 | | | | | | | |
| 17 | Zimmer | Dept. of Treasury Bureau of Fiscal Service payment path illustration of 6/16/2020 deposit of $3000.00 payment | | | | | | | |
| 18 | Zimmer | Dept. of Treasury Bureau of Fiscal Service record of $149,900.00 payment on 7/20/2020 | | | | | | | |
| 19 | Zimmer | Dept. of Treasury Bureau of Fiscal Service payment path illustration of 7/20/2020 deposit of $149,900.00 payment | | | | | | | |
| 20 | Erwin | Chase bank statement for Tiny Toes and Tiaras, Account #xx8522, dated May 30, 2020 through June 30, 2020 | | | | | | | |
| 21 | Erwin | Chase bank statement for Tiny Toes and Tiaras, Account #xx8522, dated July  1, 2020 through July 31, 2020 (page 1) | | | | | | | |
| 22 | self auth. | Declaration of Colorado DMV records | | | | | | | |
| 23 | self auth. | Colorado DMV record Driver's License - Shambrica Washington | | | | | | | |
| 24 | | (intentionally left blank) | | | | | | | |
| 25 | Brown | Email exchanges from 2/6/2021 through 4/20/2021 between SBA and Shambrica Washington RE insurance coverage | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Brown | SBA Targeted Advance Application Summary for Tiny Toes and Tiaras | | | | | | | |
| 27 | Brown | Form 4506-T for Tiny Toes and Tiaras, signed 2/24/2021 | | | | | | | |
| 28 | Brown | Form 4506-T for Tiny Toes and Tiaras, signed 4/22/2021 | | | | | | | |
| 29 | Brown | IRS Tax Transcripts of 2019 Form 1065 for Piccoli Group/Tiny Toes and Tiaras c/o Shambrica Washington (different iterations of Transcripts) | | | | | | | |
| 30 | Brown | Decision letter (declined), dated 4/6/2021 | | | | | | | |
| 31 | Brown | Email exchanges from 2/6/2021 through 4/20/2021 between SBA and Shambrica Washington RE insurance coverage | | | | | | | |
| 32 | Brown | Entity administrator's consent letter from Shambrica Washington, dated 4/7/2021 | | | | | | | |
| 33 | Brown | Certificate of Liability Insurance, dated 4/17/2021 | | | | | | | |
| 34 | Brown | SBA Rapid (Finance) Decision, declined on 5/13/2021 | | | | | | | |
| 35 | | (intentionally left blank) | | | | | | | |
| 36 | | (intentionally left blank) | | | | | | | |
| 37 | | (intentionally left blank) | | | | | | | |
| 38 | Brown | Intake Application #3304017109 for Tiny Toes and Tiaras, dated 4/15/2020 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Brown | SBA Notes dated 4/15/2020 through 5/2/2020 (duplicate application denied) | | | | | | | |
| 40 | Brown | Intake Application #3305530776 for Shambrica Washington, dated 6/19/2020 | | | | | | | |
| 41 | Brown | SBA Notes dated 6/19/2020 through 6/27/2020 | | | | | | | |
| 42 | Brown | Intake Application #3306125025 for Tiny Toes and Tiaras, dated 6/23/2020 | | | | | | | |
| 43 | Brown | SBA Notes dated 6/23/2020 through 6/23/2020 | | | | | | | |
| 44 | Brown | Intake Application #3306448933 for Truelove's Daughters Inc., dated 6/24/2020 | | | | | | | |
| 45 | Brown | SBA Notes dated 6/24/2020 through 7/15/2021 | | | | | | | |
| 46 | Brown | SBA Notes dated 4/22/2021 through 7/15/2021 | | | | | | | |
| 47 | | *(intentionally left blank)* | | | | | | | |
| 48 | Brown | Colorado Driver License for Shambrica Lasha Washington | | | | | | | |
| 49 | Brown | Department of Defense Identification and Privilege Card for Shambrica Lasha Washington | | | | | | | |
| 50 | Brown | Colorado Secretary of State Articles of Incorporation for a Nonprofit Corporation for Truelove's Daughters Inc., dated 10/1/2015 | | | | | | | |
| 51 | Brown | Colorado Secretary of State Statement of Change (office address) for Truelove's Daughters Inc., dated 11/30/2019 | | | | | | | |
| 52 | Brown | Colorado Secretary of State Certificate of Fact of Good Standing for Truelove's Daughters Inc., dated 6/9/2020 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Brown | IRS Letter, dated 6/15/2020, to Trueloves Daughters Inc. RE receipt of Notice of Intent to Operate Under 501(c)(4) filed on 6/9/2020 | | | | | | | |
| 54 | Brown | IRS letter RE tax exempt status under 501(c)(3) for Truelove Daughters Inc. submitted by Shambrica Washington, dated 1/6/2021 | | | | | | | |
| 55 | Brown | Executed Loan Authorization and Agreement for application #3306448933, signed 7/17/2020 | | | | | | | |
| 56 | Brown | Note for application #3306448933, dated 7/17/2020 | | | | | | | |
| 57 | Brown | Security Agreement for application #3306448933, dated 7/17/2020 | | | | | | | |
| 58 | Brown | DocuSign tracking record for 7/17/2020 | | | | | | | |
| 59 | Brown | SBA Rapid (Finance) Decision for Truelove's Daughters Inc., application #3306448933, $150k funded on 7/17/2020 ($500k declined on 6/21/2021) | | | | | | | |
| 60 | Brown | Chase bank statement for Truelove's Daughters Inc., Account #xx2118, dated July 1, 2020 through July 31, 2020 | | | | | | | |
| 61 | Zimmer | Dept. of Treasury Bureau of Fiscal Service record of $149,900.00 payment on 7/21/2020 | | | | | | | |
| 62 | Zimmer | Dept. of Treasury Bureau of Fiscal Service payment path illustration of 7/21/2020 deposit of $149,900.00 payment | | | | | | | |
| 63 | Brown | 2019 Form 990 Return of Organization Exempt from Income and Short Form for Truelove's Daughters Inc. (stamped) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 64 | Brown | 2020 Form 990 Short Form Return of Organization Exempt from Income for Truelove's Daughters Inc. (unstamped) | | | | | | | |
| 65 | Brown | 2020 Form 990 Short Form Return of Organization Exempt from Income for Truelove's Daughters Inc. (stamped) | | | | | | | |
| 66 | Brown | Form 4506-T for Truelove Daughters Inc. signed 4/15/2021 | | | | | | | |
| 67 | Brown | IRS Account Transcript of 2018 Form 990 (none found) | | | | | | | |
| 68 | Brown | IRS Account Transcript 2019 Form 990 (none found) | | | | | | | |
| 69 | | (intentionally left blank) | | | | | | | |
| 70 | | (intentionally left blank) | | | | | | | |
| 71 | Carpenter | JP Morgan Chase ("Chase") loan files | | | | | | | |
| 72 | Carpenter | Chase Paycheck Protection Program Borrower Application for Tiny Toes and Tiaras, signed 6/18/2020 | | | | | | | |
| 73 | Carpenter | Supporting documents to Chase Paycheck Protection Program Borrower Application for Tiny Toes and Tiaras | | | | | | | |
| 74 | Carpenter | Chase Apstar Notes to Chase Paycheck Protection Program Borrower Application for Tiny Toes and Tiaras, approved as of 6/19/2020 | | | | | | | |
| 75 | Carpenter | Chase Note for Tiny Toes and Tiaras in amount of $60,527.00, dated 6/18/20202 | | | | | | | |
| 76 | | (intentionally left blank) | | | | | | | |
| 77 | | (intentionally left blank) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 78 | Carpenter | Chase Paycheck Protection Program Borrower Application for Truelove's Daughters Inc. in the amount of $122,422.00, signed 7/20/2020 | | | | | | | |
| 79 | Carpenter | Supporting documents to Chase Paycheck Protection Program Borrower Application for Truelove's Daughters Inc. | | | | | | | |
| 80 | Carpenter | Chase Apstar Notes to Chase Paycheck Protection Program Borrower Application for Truelove's Daughters Inc., approved as of 7/21/2020 | | | | | | | |
| 81 | Carpenter | Chase Note for Truelove's Daughters Inc. in amount of $122,422.00, dated 7/21/2020 | | | | | | | |
| 82 | | *(intentionally left blank)* | | | | | | | |
| 83 | | *(intentionally left blank)* | | | | | | | |
| 84 | Carpenter | Chase Paycheck Protection Program Borrower Application for Truelove's Daughters Inc. in the amount of $921,988.00, signed 7/20/2020 (denied) | | | | | | | |
| 85 | Carpenter | Supporting documents to Chase Paycheck Protection Program Borrower Application for Truelove's Daughters Inc. in the amount of $921,988.00 (denied) | | | | | | | |
| 86 | | *(intentionally left blank)* | | | | | | | |
| 87 | | *(intentionally left blank)* | | | | | | | |
| 88 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $642,467.00, signed 1/19/2021 (denied) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $642,467.00 (denied) | | | | | | | |
| 90 | | *(intentionally left blank)* | | | | | | | |
| 91 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $321,635.00, signed 1/19/2021 (denied) | | | | | | | |
| 92 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $321,635.00 (denied) | | | | | | | |
| 93 | | *(intentionally left blank)* | | | | | | | |
| 94 | | *(intentionally left blank)* | | | | | | | |
| 95 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $321,635.00, signed 1/24/2021 (denied) | | | | | | | |
| 96 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $321,635.00 (denied) | | | | | | | |
| 97 | | *(intentionally left blank)* | | | | | | | |
| 98 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $233,125.00, signed 1/25/2021 (denied) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 99 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $233,125.00 (denied) | | | | | | | |
| 100 | | *(intentionally left blank)* | | | | | | | |
| 101 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $622,375.00, signed 1/28/2021 (denied) | | | | | | | |
| 102 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $622,375.00 (denied) | | | | | | | |
| 103 | | *(intentionally left blank)* | | | | | | | |
| 104 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00, signed 1/25/2021 (denied) | | | | | | | |
| 105 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00 (denied) | | | | | | | |
| 106 | | *(intentionally left blank)* | | | | | | | |
| 107 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,970.00, signed 1/28/2021 (denied) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 108 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,970.00 (denied) | | | | | | | |
| 109 | | *(intentionally left blank)* | | | | | | | |
| 110 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $230,495.00, signed 2/1/2021 (denied) | | | | | | | |
| 111 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $230,495.00 (denied) | | | | | | | |
| 112 | | *(intentionally left blank)* | | | | | | | |
| 113 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00, signed 2/1/2021 (denied) | | | | | | | |
| 114 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00 (denied) | | | | | | | |
| 115 | | *(intentionally left blank)* | | | | | | | |
| 116 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00, signed 2/2/2021 (denied) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 117 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $921,987.00 (denied) | | | | | | | |
| 118 | | *(intentionally left blank)* | | | | | | | |
| 119 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $622,375.00, signed 3/9/2021 (denied) | | | | | | | |
| 120 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Tiny Toes and Tiaras in the amount of $622,375.00 (denied) | | | | | | | |
| 121 | | *(intentionally left blank)* | | | | | | | |
| 122 | Carpenter | Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $150,000.00, signed 2/3/2021 (denied) | | | | | | | |
| 123 | Carpenter | Supporting documents to Chase Paycheck Protection Program Second Draw Borrower Application for Truelove's Daughters Inc. in the amount of $150,000.00 (denied) | | | | | | | |
| 124 | self auth./ Herlihy | Certification and copy of records from Combined Courts, El Paso County, 4th Judicial District, Colorado for Case #2019CR7704, People v. Shambrica Washington | | | | | | | |
| 125 | self auth./ Herlihy | Complaint and Information, Case #2019CR7704, People v. Shambrica Washington | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 126 | self auth./ Herlihy | Docket entries, Case #2019CR7704, People v. Shambrica Washington | | | | | | | |
| 127 | self auth./ Herlihy | Plea agreement and supporting documents, Case #2019CR7704, People v. Shambrica Washington | | | | | | | |
| 128 | self auth./ Herlihy | Court Order Granting Deferred Judgment and Sentence, Case #2019CR7704, People v. Shambrica Washington | | | | | | | |
| 129 | self auth./ Herlihy | Transcript of change of plea hearing held on 6/8/2020, Case #2019CR7704, People v. Shambrica Washington | | | | | | | |
| 130 | self auth./ Erwin | Declaration of records and certified Marriage License for Jean Victor Damus and Shambrica Washington | | | | | | | |
| 131 | self auth./Erwin | Greystar and Commons at Briargate declaration of records | | | | | | | |
| 132 | self auth./Erwin | Greystar and Commons at Briargate records | | | | | | | |
| 133 | self auth./Erwin | Commons at Briargate Lease Application Agreement, submitted 4/16/2020 | | | | | | | |
| 134 | self auth./Erwin | Commons at Briargate resident charges/payment ledger, dated 4/16/2020 through 6/5/2021 | | | | | | | |
| 135 | self auth./Erwin | Notice of Intent to Vacate on 6/1/2021, signed on 2/6/2021 | | | | | | | |
| 136 | self auth./Erwin | JP Morgan Chase ("Chase") declaration of records and table of contents | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 137 | self auth./Erwin | Chase bank account records (for accounts identified in Exhibit 136) | | | | | | | |
| 138 | self auth./Erwin | Account opening documents and signature cards (for Chase bank account records identified in Exhibit 136 and 137) | | | | | | | |
| 139 | Erwin | List of all bank accounts obtained by subpoenas and reviewed by case agents | | | | | | | |
| 140 | self auth./Erwin | Chase bank statements for Tiny Toes and Tiaras, Checking Account #xx7965, dated January 18, 2019 through February 24, 2020 | | | | | | | |
| 141 | self auth./Erwin | Chase opening documents and signature card for Tiny Toes and Tiaras, Checking Account #xx7965 | | | | | | | |
| 142 | self auth./Erwin | Chase bank statements for Tiny Toes and Tiaras (Operating Account), Checking Account #xx8522, dated March 16, 2020 through June 30, 2021 | | | | | | | |
| 143 | self auth./Erwin | Chase opening documents and signature card for Tiny Toes and Tiaras (Operating Account), Checking Account #xx8522 | | | | | | | |
| 144 | self auth./Erwin | Chase bank statement for Shambrica Washington DBA Tiny Toes and Tiaras, Account #xx4122, dated January 7, 2019 through January 31, 2019 | | | | | | | |
| 145 | self auth./Erwin | Chase bank statements for Truelove's Daughters Inc., Checking Account #xx2118, dated June 24, 2020 through June 30, 2021 | | | | | | | |
| 146 | self auth./Erwin | Chase opening documents and signature card for Truelove's Daugthers Inc., Checking Account #xx2118 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH- ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 147 | self auth./Erwin | Chase signature card for Tiny Toe and Tiaras, Checking Account #xx4122 | | | | | | | |
| 148 | self auth./Erwin | Chase bank statements for Shambrica Washington, Savings Account #xx8600, dated July 28, 2020 through July 23, 2021 | | | | | | | |
| 149 | self auth./Erwin | Chase opening documents and signature card for Shambrica Washington, Savings Account #xx8600 | | | | | | | |
| 150 | self auth./Erwin | Chase opening documents and signature card for Shambrica Washington or Jean Damus, Checking Account #xx2071 | | | | | | | |
| 151 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated January 17, 2020 through February 18, 2020 | | | | | | | |
| 152 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated February 19, 2020 through March 16, 2020 | | | | | | | |
| 153 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated March 17, 2020 through April 15, 2020 | | | | | | | |
| 154 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated April 16, 2020 through May 15, 2020 | | | | | | | |
| 155 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated May 16, 2020 through June 15, 2020 | | | | | | | |
| 156 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated June 16, 2020 through July 15, 2020 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 157 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated July 16, 2020 through August 17, 2020 | | | | | | | |
| 158 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated August 18, 2020 through September 16, 2020 | | | | | | | |
| 159 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated September 17, 2020 through October 16, 2020 | | | | | | | |
| 160 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated October 17, 2020 through November 17, 2020 | | | | | | | |
| 161 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated November 18, 2020 through December 15, 2020 | | | | | | | |
| 162 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated December 16, 2020 through January 19, 2021 | | | | | | | |
| 163 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated January 20, 2021 through February 16, 2021 | | | | | | | |
| 164 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated February 17, 2021 through March 15, 2021 | | | | | | | |
| 165 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated March 16, 2021 through April 15, 2021 | | | | | | | |
| 166 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated April 16, 2021 through May 17, 2021 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 167 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated May 18, 2021 through June 15, 2021 | | | | | | | |
| 168 | self auth./Erwin | Chase bank statements for Shambrica Washington, Checking Account #xx2071, dated June 16, 2021 through July 16, 2021 | | | | | | | |
| 169 | self auth./Erwin | JP Morgan Securities LLC declaration of records | | | | | | | |
| 170 | self auth./Erwin | JPMorgan Securities LLC Investment Statement for Shambrica Washington and Jean Damus, Account #xx8914, dated August 1, 2020 through August 31, 2020 | | | | | | | |
| 171 | self auth./Erwin | All Star Chevrolet declaration of records | | | | | | | |
| 172 | self auth./Erwin | All Star Chevrolet records | | | | | | | |
| 173 | self auth./Erwin | GM Financial declaration and records | | | | | | | |
| 174 | self auth./Erwin | Richards Honda declaration of records | | | | | | | |
| 175 | self auth./Erwin | Richards Honda records | | | | | | | |
| 176 | self auth./Erwin | Prestige Financial declaration of records | | | | | | | |
| 177 | self auth./Erwin | Prestige Financial records | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 178 | Garcia | New Home Construction Agreement between Grand Homes and Shambrica Washington-Damus and Jean Damus, dated 9/21/2020 | | | | | | | |
| 179 | Garcia/ Tarver | Grand Homes features and building specifications as of 12/12/2019 | | | | | | | |
| 180 | Garcia/ Tarver | Hartford 3 Car floor plan/architect rendering | | | | | | | |
| 181 | Garcia/ Tarver | Grand Homes Personal Selection Addendum, signed 12/20/2021 | | | | | | | |
| 182 | Garcia | VA Amendment to Sales Contract, dated 12/8/2021 | | | | | | | |
| 183 | Garcia | Grand Homes Apply Now application and pre-qualification form | | | | | | | |
| 184 | Garcia | Grand Homes receipt and wire transfer record of incoming wire for $25,000.00 on 9/14/2020 | | | | | | | |
| 185 | Garcia | Grand Homes wire transfer record of incoming wire for $10,000.00 on 11/3/2020 | | | | | | | |
| 186 | Garcia | Grand Homes receipt record of check #1132 for $14,537.00 on 10/9/2020 | | | | | | | |
| 187 | Garcia | Grand Homes wire transfer record of incoming wire for $1,340.00 on 7/6/2021 | | | | | | | |
| 188 | Garcia | Grand Homes record of total buyer payment of $80,877.00 | | | | | | | |
| 189 | Garcia | Grand Homes closing documents, dated 12/21/2021 | | | | | | | |
| 190 | | *(intentionally left blank)* | | | | | | | |
| 191 | self auth. | Dr. William Rahal's declaration of records | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 192 | self auth./Erwin | Records from Dr. William Rahal | | | | | | | |
| 193 | self auth./Erwin | Surgical Quote for Shambrica Washington by Dr. William Rahal, dated 12/1/2020 | | | | | | | |
| 194 | self auth./Erwin | Receipts for $4,750.00, $18,500.00, $5,000.00 to Dr. William Rahal by Shambrica Washington | | | | | | | |
| 195 | self auth./Erwin | Operative Report, dated 12/30/2020 | | | | | | | |
| 196 | self auth./Erwin | Pre-operative and post-operative photographs of Shambrica Washington (body images redacted) | | | | | | | |
| 197 | self auth./Erwin | American Express declaration of records | | | | | | | |
| 198 | self auth./Erwin | American Express statement for S. Washington Damus, Account #xx21008, closing date 1/28/2021 | | | | | | | |
| 199 | self auth./Erwin | American Express statement for S. Washington Damus, Account #xx21008, closing date 12/28/2020 | | | | | | | |
| 200 | self auth./Erwin | American Express statement for S. Washington Damus, Account #xx21008, closing date 2/25/2021 | | | | | | | |
| 201 | self auth | Acorns Securities LLC. declaration of records | | | | | | | |
| 202 | self auth | Acorns Securities records | | | | | | | |
| 203 | self auth | JP Morgan Securities LLC. declaration of records | | | | | | | |
| 204 | self auth | JP Morgan Securities LLC records | | | | | | | |
| 205 | self auth | American Express declaration of records | | | | | | | |
| 206 | self auth | American Express records | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 207 | self auth | Cenlar FSB declaration of records | | | | | | | |
| 208 | self auth | Cenlar FSB records | | | | | | | |
| 209 | self auth | Discover declaration of records | | | | | | | |
| 210 | self auth | Discover records | | | | | | | |
| 211 | self auth | E-Trade declaration of records | | | | | | | |
| 212 | self auth | E-trade records | | | | | | | |
| 213 | self auth | Intuit declaration of records | | | | | | | |
| 214 | self auth | Intuit records | | | | | | | |
| 215 | self auth | Prime Lending declaration of records and records | | | | | | | |
| 216 | self auth | Wells Fargo Bank declaration of records | | | | | | | |
| 217 | self auth | Wells Fargo Bank subpoenaed records | | | | | | | |
| 218 | | (intentionally left blank) | | | | | | | |
| 219 | | (intentionally left blank) | | | | | | | |
| 220 | | (intentionally left blank) | | | | | | | |
| 221 | Carricato | INOLES for Piccoli Group/Tiny Toes and Tiaras (Tiny Toes and Tiaras) | | | | | | | |
| 222 | Carricato | BMFOLP for Tiny Toes and Tiaras | | | | | | | |
| 223 | Carricato | BMFOLI for Tiny Toes and Tiaras | | | | | | | |
| 224 | Carricato | 2018 IRPTRL for Piccoli Group dba Tiny Toes and Tiaras | | | | | | | |
| 225 | Carricato | Letter from Shambrica Washington dba Tiny Toes and Tiaras RE Form 1065 | | | | | | | |
| 226 | Carricato | Letter from Tiny Toes and Tiaras RE 2018 return and attachments, received 10/30/2019 | | | | | | | |
| 227 | Carricato | 2018 Form 1065 for Tiny Toes and Tiaras (hard copy) | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 228 | Carricato | 2018 Form 1065 for Tiny Toes and Tiaras (Account Transcript) | | | | | | | |
| 229 | Carricato | 2018 Form 1099 Misc to Tiny Toes and Tiaras from Gucci, received 10/30/2019 | | | | | | | |
| 230 | Carricato | 2018 Form 1099 Misc to Tiny Toes and Tiaras from Louis Vuitton, received 10/30/2019 | | | | | | | |
| 231 | Carricato | 2018-2021 IRPTRI of 1099 MISC for Tiny Toes and Tiaras | | | | | | | |
| 232 | Carricato | INOLES for Gucci Foundation | | | | | | | |
| 233 | Carricato | 2018 IRPTRI for Gucci Foundation | | | | | | | |
| 234 | Carricato | INOLES for Louis Vuitton US Manufacturing Inc | | | | | | | |
| 235 | Carricato | 2018 IRPTRN for Louis Vuitton US Manufacturing Inc | | | | | | | |
| 236 | Carricato | 2018 IRPTRL for Tiny Toes and Tiaras | | | | | | | |
| 237 | Carricato | 2018 Form 1040 for Shambrica Washington (elect. File) | | | | | | | |
| 238 | Carricato | 2018 Form 1040 for Shambrica Washington (hard copy) | | | | | | | |
| 239 | Carricato | 2018 Form 1040 for Shambrica Washington (Account Transcript) | | | | | | | |
| 240 | Carricato | IMFOLP for Shambrica Washington | | | | | | | |
| 241 | Carricato | 2018 TXMODA record for Shambrica Washington | | | | | | | |
| 242 | Carricato | Example of letter sent to Shambrica Washington | | | | | | | |
| 243 | Carricato | 2019 Form 1065 for Tiny Toes and Tiaras (Account Transcript) | | | | | | | |
| 244 | Carricato | 2019 Form 1065 for Tiny Toes and Tiaras | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 245 | Carricato | 2020 Form 1065 for Tiny Toes and Tiaras (Account Transcript) | | | | | | | |
| 246 | Carricato | 2020 Form 1065 for Tiny Toes and Tiaras | | | | | | | |
| 247 | Carricato | 2019 Form 1040 for Shambrica Washington | | | | | | | |
| 248 | Carricato | 2020 Form 1040 for Shambrica Washington | | | | | | | |
| 249 | Carricato | 2019 Form 1040 for Shambrica Washington (Account Transcript) | | | | | | | |
| 250 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2018 | | | | | | | |
| 251 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2019 Q1 | | | | | | | |
| 252 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2019 Q2 | | | | | | | |
| 253 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2019 Q3 | | | | | | | |
| 254 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2019 Q4 | | | | | | | |
| 255 | Carricato | Form 941 for Tiny Toes and Tiaras, Q4, 2019 | | | | | | | |
| 256 | Carricato | Documents accompanying Form 941 for Tiny Toes and Tiaras, Q4, 2019 (list of employees; envelope) | | | | | | | |
| 257 | Carricato | 2019 BMFOLU Form 941 for Tiny Toes and Tiaras | | | | | | | |
| 258 | Carricato | Form 941 for Tiny Toes and Tiaras, 2020 Q1 | | | | | | | |
| 259 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2020 Q1 | | | | | | | |
| 260 | Carricato | Form 941 for Tiny Toes and Tiaras, 2020 Q2 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 261 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2020 Q2 | | | | | | | |
| 262 | Carricato | Form 941 for Tiny Toes and Tiaras, 2020 Q3 | | | | | | | |
| 263 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2020 Q3 | | | | | | | |
| 264 | Carricato | Form 941 Account Transcript for Tiny Toes and Tiaras, 2020 Q4 | | | | | | | |
| 265 | Carricato | 2020 BMFOLU Form 941 for Tiny Toes and Tiaras | | | | | | | |
| 266 | Carricato | 2018 IRPTRI of W-2s for Tiny Toes and Tiaras | | | | | | | |
| 267 | Carricato | 2019 IRPTRI of W-2s for Tiny Toes and Tiaras | | | | | | | |
| 268 | Carricato | 2020 IRPTRI of W-2s for Tiny Toes and Tiaras | | | | | | | |
| 269 | Carricato | 2021 IRPTRI of W-2s for Tiny Toes and Tiaras | | | | | | | |
| 270 | Carricato | INOLES for Truelove's Daughters Inc. | | | | | | | |
| 271 | Carricato | BMFOLP for Truelove's Daughters Inc | | | | | | | |
| 272 | Carricato | BMFOLI for Truelove's Daughters Inc. | | | | | | | |
| 273 | Carricato | Form 990 Account Transcript for Truelove's Daughters Inc., 2018 | | | | | | | |
| 274 | Carricato | Form 941 Account Transcript for Truelove's Daughters Inc., 2018 | | | | | | | |
| 275 | Carricato | 2018 IRPTRI of W-2s for True Love's Daughter | | | | | | | |
| 276 | Carricato | 2018 IRPTRI of 1099 MISC for True Love's Daughter | | | | | | | |
| 277 | Carricato | 2018 IRPTRL for Truelove's Daughter Inc | | | | | | | |
| 278 | Carricato | Form 990 Account Transcript for Truelove's Daughters Inc., 2019 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 279 | Carricato | Form 941 Account Transcript for Truelove's Daughters Inc., 2019 | | | | | | | |
| 280 | Carricato | 2019 IRPTRI of W-2s for True Love's Daughters Inc | | | | | | | |
| 281 | Carricato | 2019 IRPTRI of 1099 MISC for True Love's Daughter | | | | | | | |
| 282 | Carricato | Form 990 Account Transcript for Truelove's Daughters Inc., 2020 | | | | | | | |
| 283 | Carricato | Form 941 Account Transcript for Truelove's Daughters Inc., 2020 | | | | | | | |
| 284 | Carricato | 2020 IRPTRI of W-2s for True Love's Daughter | | | | | | | |
| 285 | Carricato | Form 941 Account Transcript for Truelove's Daughters Inc., 2021 Q1 | | | | | | | |
| 286 | Carricato | 2021 IRPTRI of W-2s for True Love's Daughter | | | | | | | |
| 287 | Carricato | 2020 IRPTRI of 1099 MISC for True Love's Daughter | | | | | | | |
| 288 | Carricato | 2021 BMFOLU of Form 941 for Truelove's Daughter | | | | | | | |
| 289 | | (intentionally left blank) | | | | | | | |
| 290 | | (intentionally left blank) | | | | | | | |
| 291 | Wilmhoff | Blank Form 7200 | | | | | | | |
| 292 | Wilmhoff | Instructions for Form 7200 | | | | | | | |
| 293 | Wilmhoff | Form 7200 for Piccoli Group/Tiny Toes and Tiaras, 2020-Q2, 6/16/2020 | | | | | | | |
| 294 | Wilmhoff | Fax Reception Report, dated 6/16/2020 | | | | | | | |
| 295 | Wilmhoff | Form 7200 for Piccoli Group/Tiny Toes and Tiaras, 2020-Q2, 7/27/2020 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 296 | Wilmhoff | Fax Reception Report, dated 7/27/2020 | | | | | | | |
| 297 | Wilmhoff | Form 7200 for Truelove Daughters Inc.,  2020 Q2, 7/29/2020 | | | | | | | |
| 298 | Wilmhoff | Fax Reception Report, dated 7/29/2020 | | | | | | | |
| 299 | | (intentionally left blank) | | | | | | | |
| 300 | Wilmhoff | Form 7200 for Truelove's Daughters, 2020 Q2, 9/29/2021 | | | | | | | |
| 301 | Wilmhoff | Form 7200 for Truelove's Daughters, 2020 Q3, 9/29/2021 | | | | | | | |
| 302 | Wilmhoff | Form 7200 for Truelove's Daughters, 2021 Q2, 9/29/2021 | | | | | | | |
| 303 | Wilmhoff | Form 941 Account Transcript for Truelove's Daughters Inc., 2021 Q2 | | | | | | | |
| 304 | Wilmhoff | Form 7200 for Truelove's Daughters, 2021 Q3, 9/29/2021 | | | | | | | |
| 305 | Wilmhoff | Form 941 Account Transcript for Truelove's Daughters Inc., 2021 Q3 | | | | | | | |
| 306 | Wilmhoff | Form 941 for Truelove's Daughters Inc., 2021 Q3 | | | | | | | |
| 307 | Wilmhoff | Fax Reception Report, dated 9/29/2021 | | | | | | | |
| 308 | Wilmhoff | Form 3911 request for check, 2021 Q3 | | | | | | | |
| 309 | Wilmhoff | Form 7200 for Truelove's Daughters, 2020 Q4, 9/29/2021 | | | | | | | |
| 310 | Wilmhoff | Form 7200 for Truelove's Daughters, 2020 Q4, 9/24/2021 | | | | | | | |
| 311 | Wilmhoff | Fax Reception Report, dated 9/29/2021 | | | | | | | |
| 312 | Wilmhoff | Form 7200 for Truelove's Daughters, 2021 Q4, 10/21/2021 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 313 | Wilmhoff | Fax Reception Report, dated 10/21/2021 | | | | | | | |
| 314 | Wilmhoff | Form 941 Account Transcript for Truelove's Daughters Inc., 2021 Q4 | | | | | | | |
| 315 | Wilmhoff | Form 7200 for SL Washington, 2021 Q2, 10/13/2021 | | | | | | | |
| 316 | Wilmhoff | Form 7200 for SL Washington, 2021 Q4, 10/13/2021 | | | | | | | |
| 317 | Wilmhoff | Form 7200 for SL Washington, 2021 Q3, 10/13/2021 | | | | | | | |
| 318 | Wilmhoff | Form 7200 for SL Washington, 2021 Q2, 10/13/2021 | | | | | | | |
| 319 | Wilmhoff | Form 7200 for SL Washington, 2021 Q3, 10/13/2021 | | | | | | | |
| 320 | Wilmhoff | Fax Reception Report, dated 10/13/2021 | | | | | | | |
| 321 | Carricato | Form 941 Account Transcript for SL Washington, 2021 Q2 | | | | | | | |
| 322 | Carricato | Form 941 Account Transcript for SL Washington, 2021 Q3 | | | | | | | |
| 323 | Carricato | Form 941 Account Transcript for SL Washington, 2021 Q4 | | | | | | | |
| 324 | Wilmhoff | Form 7200 for Damus Properties LLC., 2021 Q3, 10/9/2021 | | | | | | | |
| 325 | Wilmhoff | Form 7200 for Damus Properties LLC., 2021 Q2, 10/9/2021 | | | | | | | |
| 326 | Wilmhoff | Form 7200 for Damus Properties LLC., 2021 Q4, 10/9/2021 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 327 | Wilmhoff | Form 7200 for Damus Properties LLC., 2021 Q2, 10/9/2021 | | | | | | | |
| 328 | Wilmhoff | Form 7200 for Damus Properties LLC., 2021 Q3, 10/9/2021 | | | | | | | |
| 329 | Wilmhoff | Fax Reception Report, dated 10/9/2021 | | | | | | | |
| 330 | Carricato | Form 941 Account Transcript for Damus Properties LLC, 2021 Q2 | | | | | | | |
| 331 | Carricato | Form 941 Account Transcript for Damus Properties LLC, 2021 Q3 | | | | | | | |
| 332 | Carricato | Form 941 Account Transcript for Damus Properties LLC, 2021 Q4 | | | | | | | |
| 333 | Wilmhoff | Form 7200 for Jazzy Jewels, 2021 Q2, 10/5/2021 | | | | | | | |
| 334 | Wilmhoff | Form 7200 for Jazzy Jewels, 2021 Q3, 10/5/2021 | | | | | | | |
| 335 | Wilmhoff | Form 7200 for Jazzy Jewels, 2021 Q2, 10/5/2021 | | | | | | | |
| 336 | Wilmhoff | Form 7200 for Jazzy Jewels, 2021 Q3, 10/5/2021 | | | | | | | |
| 337 | Wilmhoff | Form 7200 for Jazzy Jewels, 2021 Q4, 10/5/2021 | | | | | | | |
| 338 | Wilmhoff | Fax Reception Report, dated 10/5/2021 | | | | | | | |
| 339 | Carricato | Form 941 Account Transcript for Jazzy Jewels, 2021 Q2 | | | | | | | |
| 340 | Carricato | Form 941 Account Transcript for Jazzy Jewels, 2021 Q3 | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 341 | Carricato | Form 941 Account Transcript for Jazzy Jewels, 2021 Q4 | | | | | | | |
| 342 | Wilmhoff | Form 7200 for Ty's Organizer and Design, 2021 Q1, 10/7/2021 | | | | | | | |
| 343 | Wilmhoff | Form 7200 for Ty's Organizer and Design, 2021 Q2, 10/7/2021 | | | | | | | |
| 344 | Wilmhoff | Form 7200 for Ty's Organizer and Design, 2021 Q3, 10/7/2021 | | | | | | | |
| 345 | Wilmhoff | Fax Reception Report, dated 10/7/2021 | | | | | | | |
| 346 | Carricato | INOLES Ty's Organizer and Design | | | | | | | |
| 347 | Carricato | Form 941 Account Transcript for Ty's Organizer and Design, 2021 Q1 | | | | | | | |
| 348 | Carricato | Form 941 Account Transcript for Ty's Organizer and Design, 2021 Q2 | | | | | | | |
| 349 | Carricato | Form 941 Account Transcript for Ty's Organizer and Design, 2021 Q3 | | | | | | | |
| 350 | Carpenter | JPM Chase records, Loan forgiveness, Tiny Toes and Tiaras | | | | | | | |
| 351 | Carpenter | JPMorgan Chase records, Loan Forgiveness, Truelove's Daughters Inc. | | | | | | | |
| 352 | | (intentionally left blank) | | | | | | | |
| 353 | | (intentionally left blank) | | | | | | | |
| 354 | self auth | Texas Secretary of State Certification of records of True Love's Daughters Inc. | | | | | | | |
| 355 | self auth | Texas Secretary of State Certification of lack of record Damus Properties | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 356 | self auth | Texas Secretary of State Certification of lack of record SL Washington | | | | | | | |
| 357 | self auth | Texas Secretary of State Certification of lack of record Jazzy Jewels | | | | | | | |
| 358 | self auth | Colorado Secretary of State records for Damus Properties | | | | | | | |
| 359 | | *(intentionally left blank)* | | | | | | | |
| 360 | | *(intentionally left blank)* | | | | | | | |
| 361 | | Summary exhibit TTT bank records | | | | | | | |
| 362 | | Summary exhbiit TLD bank records | | | | | | | |
| 363 | | Summary exhibit Shambrica Washington bank records | | | | | | | |
| 364 | | Summary exhibit Loans proceeds transfers and payments | | | | | | | |
| 365 | | Exhibit Reference 1957 counts | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| EXHIBIT NO. /LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |