IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: July 31, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George

---

| Criminal Action No. **1:22-cr-00187-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Robert M. Brown |
| Plaintiff, | |
| v. | |
| SHAMBRICA WASHINGTON, | *Pro Se* |
| Defendant. | Katherine Maureen Hartigan, Advisory Counsel |

## AMENDED COURTROOM MINUTES

**Final Trial Preparation Conference**

**3:02 p.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant present via VTC.

Discussion regarding Advisory Counsel's oral Motion Requesting Competency Evaluation and Defendant's violation of the Court's [89] Order.

**ORDERED:** Advisory Counsel's oral Motion Requesting Competency Evaluation is GRANTED. A written order will follow.

**ORDERED:** Defendant shall appear and participate in good faith in the competency evaluation to be scheduled with Dr. Bograd. Failure to appear for the competency evaluation will result in the issuance of a warrant for her immediate arrest.

**ORDERED:** Defendant's bond is continued subject to the same conditions of release in the Magistrate Judge Crews' [16] Order.

**ORDERED:** All currently pending deadlines and the trial date are hereby VACATED.

**3:55 p.m.     Court is adjourned. Hearing concluded.**

Total time in court: 53 minutes